MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
SHANE BRUN (CA SBN 179079)
SBrun@mofo.com
ALEXEI KLESTOFF (CA SBN 224016)
AKlestoff@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff
OPTIMAL MARKETS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OPTIMAL MARKETS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FTI CONSULTING, INC., AUCTION TECHNOLOGIES, LLC, AUCTION TECHNOLOGIES, INC., XONOMIC INC., DAVID SALANT, HAROLD LEA, PAUL MILGROM, and DOES 1-10,<br><br>　　　　　Defendants.<br><br>DAVID SALANT, HAROLD LEA, PAUL MILGROM, AUCTION TECHNOLOGIES, LLC, AUCTION TECHNOLOGIES, INC.,<br><br>　　　　　Counterclaimants,<br><br>　　v.<br><br>OPTIMAL MARKETS, INC.,<br><br>　　　　　Counterdefendant. | Case No.   08-05765-SC<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER** |

NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER
CASE NO. 08-05765-SC
sf-2650230

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that, effective immediately, counsel of record for plaintiff and counterdefendant Optimal Markets, Inc. has changed.

Optimal Markets, Inc. hereby substitutes Michael A. Jacobs, Shane Brun and Alexei Klestoff of the law firm of Morrison & Foerster LLP, 425 Market Street, San Francisco, California, 94105, telephone (415) 268-7000, in place and stead of James P. Martin, Matthew J. Gluck, and Felicia A. Draper of Shartsis Friese LLP, One Maritime Plaza, Eighteenth Floor, San Francisco, CA 94111, as its attorneys of record in this action.

We consent to the above substitution.

Dated: March 5, 2009

OPTIMAL MARKETS, INC.

By */s/ David Moshal*
David Moshal

We agree to the above substitution.

Dated: March 5, 2009

SHARTSIS FRIESE LLP

By */s/ James P. Martin*
James P. Martin

We accept the above substitution.

Dated: March 5, 2009

MORRISON & FOERSTER LLP

By */s/ Michael A. Jacobs*
Michael A. Jacobs

IT IS SO ORDERED.

Dated: March __5__, 2009

HONORABLE SAMUEL CONTI
United States District Judge

*IT IS SO ORDERED*
*Judge Samuel Conti*

1  <u>E-Filing Attestation</u>:  I, Michael A. Jacobs, am the ECF User whose ID and password are
2  being used to file this Substitution of Counsel.  In compliance with General Order 45, X.B., I
3  hereby attest that David Moshal and James P. Martin have concurred in this filing.

2

NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER
CASE NO. 08-05765-SC
sf-2650230