MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
SHANE BRUN (CA SBN 179079)
SBrun@mofo.com
ALEXEI KLESTOFF (CA SBN 224016)
AKlestoff@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff
OPTIMAL MARKETS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OPTIMAL MARKETS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>FTI CONSULTING, INC., AUCTION TECHNOLOGIES, LLC, AUCTION TECHNOLOGIES, INC., XONOMIC INC., DAVID SALANT, HAROLD LEA, PAUL MILGROM, and DOES 1-10,<br><br>        Defendants.<br><br>DAVID SALANT, HAROLD LEA, PAUL MILGROM, AUCTION TECHNOLOGIES, LLC, AUCTION TECHNOLOGIES, INC.,<br><br>        Counterclaimants,<br><br>    v.<br><br>OPTIMAL MARKETS, INC.,<br><br>        Counterdefendant. | Case No.   08-05765-SC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COUNTERCLAIMS AND EXTENDING DATE FOR CASE MANAGEMENT CONFERENCE** |

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COUNTERCLAIMS AND EXTENDING DATE
FOR CASE MANAGEMENT CONFERENCE
CASE NO. 08-05765-SC

sf-2652443

Pursuant to Civil Local Rules 6-2 and 7-12, the parties, by and through their respective counsel, hereby stipulate as follows:

WHEREAS, pursuant to a stipulation filed on January 26, 2009, the parties agreed that defendants would have until February 13, 2009 to file their answer to Optimal Markets' first amended complaint;

WHEREAS, by notice dated January 28, 2009, the Court set a Case Management Conference for April 17, 2009 at 10:00 a.m.;

WHEREAS, pursuant to Federal Rule of Procedure Rule 12(a)(1)(B), Optimal Markets, Inc.'s answer to defendants David Salant, Harold Lea, Paul Milgrom, Auction Technologies, LLC, Auction Technologies, Inc.'s counterclaims is presently due on March 9, 2009;

WHEREAS, Optimal Markets has recently engaged new counsel and thereby needs additional time for investigation to properly respond to the counterclaims;

WHEREAS, the parties will require a period of time following Optimal Markets' response to the counterclaims to prepare for and conduct an early conference pursuant to Federal Rule of Procedure Rule 26(f)(2) more than 21 days prior to the Case Management Conference;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO THE APPROVAL OF THE COURT:

1. Optimal Markets shall have until March 23, 2009 to file a response to defendants' counterclaims.

2. The initial Case Management Conference set in this action shall be extended from April 17, 2009 to May 1, 2009, at 10:00 a.m.

//
//
//
//
//
//

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COUNTERCLAIMS AND EXTENDING DATE FOR CASE MANAGEMENT CONFERENCE
CASE NO. 08-05765-SC

1

sf-2652443

|   |   |
|---|---|
| Dated: March 9, 2009 | LATHAM & WATKINS LLP<br>Robert Steinberg<br>Daniel Scott Schecter<br><br>By: _/s/ Daniel Scott Schecter_<br>     Daniel Scott Schecter<br><br>Attorneys for Defendants<br>FTI CONSULTING, INC., AUCTION TECHNOLOGIES, LLC, AUCTION TECHNOLOGIES, INC., XONOMIC INC., DAVID SALANT, HAROLD LEA, PAUL MILGROM |
| Dated: March 9, 2009 | MORRISON & FOERSTER LLP<br>Michael A. Jacobs<br>Shane Brun<br>Alexei Klestoff<br><br>By: _/s/ Shane Brun_<br>     Shan Brun<br><br>Attorneys for Plaintiff<br>Optimal Markets, Inc. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March _10_, 2009

_____
HONORABLE SAMUEL CONTI
United States District Court Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]*

E-Filing Attestation: I, Alexei Klestoff, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Time to Respond to Counterclaims and Extending Date for Case Management Conference. In compliance with General Order 45, X.B., I hereby attest that Shane Brun and Daniel Scott Schecter have concurred in this filing.