1   MICHAEL A. JACOBS (CA SBN 111664)
    MJacobs@mofo.com
2   SHANE BRUN (CA SBN 179079)
    SBrun@mofo.com
3   ALEXEI KLESTOFF (CA SBN 224016)
    AKlestoff@mofo.com
4   MORRISON & FOERSTER LLP
    425 Market Street
5   San Francisco, California  94105-2482
    Telephone: 415.268.7000
6   Facsimile: 415.268.7522

7   Attorneys for Plaintiff
    OPTIMAL MARKETS, INC.

8

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12

13  OPTIMAL MARKETS, INC.,                     Case No.    08-05765-SC

14              Plaintiff,

15         v.                                  **STIPULATION AND [~~PROPOSED~~]
                                               ORDER EXTENDING TIME TO
16  FTI CONSULTING, INC., AUCTION              RESPOND TO COUNTERCLAIMS**
    TECHNOLOGIES, LLC, AUCTION
17  TECHNOLOGIES, INC., XONOMIC INC.,
    DAVID SALANT, HAROLD LEA, PAUL
18  MILGROM, and DOES 1-10,

19              Defendants.

20

21  DAVID SALANT, HAROLD LEA, PAUL
    MILGROM, AUCTION TECHNOLOGIES,
22  LLC, AUCTION TECHNOLOGIES, INC.,

23              Counterclaimants,

24         v.

25  OPTIMAL MARKETS, INC.,

26              Counterdefendant.

27

28
    STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COUNTERCLAIMS
    CASE NO. 08-05765-SC

    sf-2659975

Pursuant to Civil Local Rules 6-2 and 7-12, the parties, by and through their respective counsel, hereby stipulate as follows:

WHEREAS, pursuant to a stipulation filed on January 26, 2009, the parties agreed that Defendants would have until February 13, 2009 to file their answer to Optimal Markets' First Amended Complaint;

WHEREAS, Defendants answered the First Amended Complaint on February 13, 2009, and on that same date, Defendants Auction Technologies, LLC, Auction Technologies, Inc., David Salant, Harold Lea, and Paul Milgrom asserted Counterclaims against Optimal Markets.

WHEREAS, pursuant to a stipulation filed on March 9, 2009, the parties agreed that Optimal Markets would have an extension until March 23, 2009 (from the original deadline of March 9, 2009) to answer Defendants David Salant, Harold Lea, Paul Milgrom, Auction Technologies, LLC, and Auction Technologies, Inc.'s Counterclaims, on account of Optimal Market's recent engagement of new counsel;

WHEREAS, Optimal Markets' new counsel needs further time for investigation to properly respond to the Counterclaims and to prepare its answer;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO THE APPROVAL OF THE COURT:

1. Optimal Markets shall have until April 6, 2009 to file a response to Defendants' Counterclaims.

//

//

//

//

//

1

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COUNTERCLAIMS
CASE NO. 08-05765-SC

sf-2659975

1

Dated: March 20, 2009

LATHAM & WATKINS LLP
Robert Steinberg
Daniel Scott Schecter

2

3

By: __/s/Daniel Scott Schecter____
     Daniel Scott Schecter

4

5

Attorneys for Defendants
FTI CONSULTING, INC., AUCTION
TECHNOLOGIES, LLC, AUCTION
TECHNOLOGIES, INC., XONOMIC INC.,
DAVID SALANT, HAROLD LEA, PAUL
MILGROM

6

7

8

Dated: March 20, 2009

MORRISON & FOERSTER LLP
Michael A. Jacobs
Shane Brun
Alexei Klestoff

9

10

11

By: __/s/ Shane Brun_____
     Shan Brun

12

Attorneys for Plaintiff
OPTIMAL MARKETS, INC.

13

14

PURSUANT TO STIPULATION, IT IS SO ORDERED.

15

Dated: March __23__, 2009

16

17

18

19

20

21

22

23

E-Filing Attestation:  I, Alexei Klestoff, am the ECF User whose ID and password are being used

24

to file this Stipulation and [Proposed] Order Extending Time to Respond to Counterclaims.  In

25

compliance with General Order 45, X.B., I hereby attest that Shane Brun and Daniel Scott

26

Schecter have concurred in this filing.

27

28

2

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COUNTERCLAIMS
CASE NO. 08-05765-SC
sf-2659975