1  LATHAM & WATKINS LLP
   Robert Steinberg (Bar No. 126407)
2     Daniel Scott Schecter (Bar No. 171472)
   Charles Courtenay (Bar No. 232139)
3  355 South Grand Avenue
Los Angeles, California  90071-1560
4  Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763
5
Attorneys for Defendants FTI Consulting, Inc.,
6  Auction Technologies, LLC, Auction Technologies,
Inc., Xonomic Inc., David Salant, Harold Lea and
7  Paul Milgrom.

8
               UNITED STATES DISTRICT COURT
9
             NORTHERN DISTRICT OF CALIFORNIA
10

11  OPTIMAL MARKETS, INC.,                               CASE NO. 08-05765-SC

12          Plaintiff,                               **JOINT STIPULATION AND [PROPOSED]
ORDER TO ADVANCE STATUS**
13     v.                                               **CONFERENCE**

14  FTI CONSULTING, INC., AUCTION
TECHNOLOGIES, LLC, AUCTION
15  TECHNOLOGIES, INC., XONOMIC INC.,
DAVID SALANT, HAROLD LEA, PAUL
16  MILGROM, and DOES 1-10,

17          Defendants.

18  DAVID SALANT, HAROLD LEA, PAUL
MILGROM, AUCTION TECHNOLOGIES,
19  LLC, and AUCTION TECHNOLOGIES,
INC.,
20          Counterclaimants,

21     v.

22  OPTIMAL MARKETS, INC.,

23          Counterdefendant.

24

25

26

27

28

LA\1998377.3                                                JOINT STIPULATION TO ADVANCE STATUS
                                                                               CONFERENCE

1  **WHEREAS,** at the May 1, 2009 Case Management Conference, the Court scheduled a status conference for December 4, 2009 in anticipation of plaintiff Optimal Markets, Inc.'s ("OM") motion to dismiss (Dkt. No. 43);

**WHEREAS,** on May 8, 2009, OM filed its Motion for Voluntary Dismissal Without Prejudice (Dkt. No. 44), which the Court denied in part on June 18, 2009 (Dkt. No. 67);

**WHEREAS** the parties wish to advance the date of the status conference and have confirmed the Court's availability to hold the conference on August 28, 2009.

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective undersigned counsel that the status conference in the above-captioned matter shall be advanced from December 4, 2009 to August 28, 2009.

Dated: July 16, 2009

LATHAM & WATKINS LLP
  Robert Steinberg
  Daniel Scott Schecter
  Charles Courtenay

By:  /s/ Daniel Scott Schecter
         Daniel Scott Schecter

Attorneys for Defendants FTI Consulting, Inc., Auction Technologies, LLC, Auction Technologies, Inc., Xonomic, Inc. David Salant, Harold Lea and Paul Milgrom.

Dated: July 16, 2009

MORRISON & FOERSTER LLP
  Michael A. Jacobs
  Shane Brun
  Alexei Klestoff

By:  /s/ Shane Brun
         Shane Brun

Attorneys for Plaintiff Optimal Markets, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 28 2009

_____
HONORABLE SAMUEL CONTI
United States District Court Judge

*[IT IS SO ORDERED — Judge Samuel Conti, United States District Court, Northern District of California seal]*

LA\1998377.3

JOINT STIPULATION TO ADVANCE STATUS CONFERENCE

1

1  E-Filing Attestation:  I, Daniel Scott Schecter, am the ECF User whose ID and password are
2  being used to file this Joint Stipulation and [Proposed] Order to Advance Status Conference.  In
3  compliance with General Order 45, X.B., I hereby attest that Shane Brun has concurred in this
4  filing.

5  Dated:  July 16, 2009                                LATHAM & WATKINS LLP

6                                                                      By:  */s/ Daniel Scott Schecter*
7                                                                              Daniel Scott Schecter