1  LATHAM & WATKINS LLP
      Robert Steinberg (Bar No. 126407)
2     Daniel Scott Schecter (Bar No. 171472)
      Charles Courtenay (Bar No. 232139)
3  355 South Grand Avenue
   Los Angeles, California  90071-1560
4  Telephone:  (213) 485-1234
   Facsimile:  (213) 891-8763
5
   Attorneys for Defendants
6  FTI CONSULTING, INC., AUCTION
   TECHNOLOGIES, LLC, AUCTION
7  TECHNOLOGIES, INC., XONOMIC INC.,
   DAVID SALANT, HAROLD LEA AND
8  PAUL MILGROM

MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
SHANE BRUN (CA SBN 179079)
SBrun@mofo.com
ALEXEI KLESTOFF (CA SBN 224016)
AKlestoff@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff
OPTIMAL MARKETS, INC.

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12  OPTIMAL MARKETS, INC.,                  CASE NO. 08-05765-SC

13              Plaintiff,                  **STIPULATED MOTION AND [PROPOSED]
                                            ORDER TO STAY ACTION PENDING
14        v.                                COMPLETION OF BINDING
                                            ARBITRATION**
15  FTI CONSULTING, INC., AUCTION
    TECHNOLOGIES, LLC, AUCTION
16  TECHNOLOGIES, INC., XONOMIC INC.,
    DAVID SALANT, HAROLD LEA, PAUL
17  MILGROM, and DOES 1-10,

18              Defendants.

19  DAVID SALANT, HAROLD LEA, PAUL
    MILGROM, AUCTION TECHNOLOGIES,
20  LLC, and AUCTION TECHNOLOGIES,
    INC.,
21              Counterclaimants,

22        v.

23  OPTIMAL MARKETS, INC.,

24              Counterdefendant.

25

26

27

28

LA\2012469.2

STIPULATED MOTION AND [PROPOSED] ORDER
TO STAY ACTION PENDING COMPLETION OF
BINDING ARBITRATION

1        Pursuant to 9 U.S.C. § 3, Plaintiff Optimal Markets, Inc. ("OM") and defendants FTI

2  Consulting, Inc., Auction Technologies, LLC, Auction Technologies, Inc., Xonomic Inc., David

3  Salant, Harold Lea, and Paul Milgrom ("Defendants") hereby submit the following stipulated

4  motion to a stay this action pending completion of binding arbitration proceedings between the

5  parties.

6                  **RECITALS AND STIPULATION**

7        1.     Plaintiff and Defendants have entered into an Amended Agreement to Submit to

8  Binding Arbitration (the "Arbitration Agreement"), which is effective August 25, 2009.

9        2.     The Arbitration Agreement provides that the parties will conduct a binding

10  arbitration pursuant to the JAMS Comprehensive Arbitration Rules and Procedures (effective

11  July 15, 2009).  The Arbitration Agreement further provides that the arbitration will be the sole

12  and exclusive forum for resolution of all claims and allegations asserted to date in this action,

13  and that within five days of the effective date of August 25, 2009, the parties will file joint

14  stipulations to stay this and the parties' state action and all proceedings or activity therein, and

15  that any prosecution or re-filing of any claims asserted herein will be barred, other than for the

16  limited purposes of confirming/enforcing any arbitration award.

17        3.     Accordingly, the parties hereby move the Court:

18          a.   To stay this action and any and all proceedings or activity herein pending

19              conclusion of the arbitration proceedings; and

20          b.   To vacate the case management conference scheduled for August 28, 2009.  The

21              parties shall file a joint statement with the Court within thirty (30) days of

22              issuance of the arbitrator's award.  Any motions to confirm or vacate the

23              arbitrator's award will be filed within the time set by applicable law.

24  //

25  //

26  //

27  //

28  //

LA\2012469.2

sf-2731654

STIPULATED MOTION AND [PROPOSED] ORDER
TO STAY ACTION PENDING COMPLETION OF
BINDING ARBITRATION

1 | Dated: August 27, 2009

LATHAM & WATKINS LLP
Robert Steinberg
2 | Daniel Scott Schecter
Charles Courtenay
3
By: /s/ Daniel Scott Schecter
4
Daniel Scott Schecter
5
Attorneys for Defendants FTI Consulting, Inc.,
6 | Auction Technologies, LLC, Auction
Technologies, Inc., Xonomic, Inc. David Salant,
7 | Harold Lea and Paul Milgrom.

8 | Dated: August 27, 2009

MORRISON & FOERSTER LLP
9 | Michael A. Jacobs
Shane Brun
10 | Alexei Klestoff

11 | By: /s/ Shane Brun

12 | Shane Brun

13 | Attorneys for Plaintiff Optimal Markets, Inc.

14

15

16

17

18

19 | **ATTESTATION OF E-FILED SIGNATURES**

20 | I, Shane Brun, am the ECF User whose ID and password are being used to file this
**S**TIPULATED MOTION AND [PROPOSED] ORDER TO STAY ACTION PENDING
21 | COMPLETION OF BINDING ARBITRATION. In compliance with General Order 45, X.B., I
hereby attest that Daniel Scott Schecter has read and approved this STIPULATION AND
22 | [PROPOSED] ORDER and consents to its filing in this action.

23 | Dated: August 27, 2009.

24 | MORRISON & FOERSTER LLP

25 | /s/ Shane Brun
Shane Brun

26

27

28

LA\2012469.2

STIPULATED MOTION AND [PROPOSED] ORDER
TO STAY ACTION PENDING COMPLETION OF
BINDING ARBITRATION

2

sf-2731654

1

2

### ORDER

3

4       The Parties have filed a stipulated motion to stay this action and to vacate the August 28,

5       2009 case management conference.  Having reviewed the parties' stipulated motion and good

6       cause appearing,

7       **IT IS HEREBY ORDERED** that this action and any and all proceedings or activity

8       herein are hereby stayed pending the conclusion of the parties' arbitration proceedings.  The case

9       management conference scheduled for August 28, 2009 is taken off calendar.  The parties shall

10      file a joint statement with the Court within thirty (30) days of issuance of the arbitrator's award,

11      along with any motions to confirm or vacate the arbitrator's award.

12      Dated: August 27, 2009



13

14      HONORA...                CONTI
        United Stat...           Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28